AUSA:   Rawsthorne          Telephone:  (810) 766-5177
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:        Thompson, FBI        Telephone:  (810) 239-5775

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

United States of America
   v.
Trevor Leo Petherbridge,

Case: 4:26-mj-30103
Judge: Ivy, Curtis
Filed: 02-26-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 13, 2026 - February 25, 2026___ in the county of _____Genesee_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2251(a) | sexual exploitation of a minor |
| 18 U.S.C. § 2252A(a)(2) | distribution and receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5) | possession of child pornography. |

This criminal complaint is based on these facts:

There is probable cause to believe that Trevor Leo Petherbridge committed violations 18 U.S.C. § 2251(a), relating to sexual exploitation of children; 18 U.S.C. § 2252A(a)(2), relating to distribution and receipt of child pornography; and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Thompson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by
reliable electronic means.

Date:  _February 26, 2026_

_____
*Judge's signature*

City and state:  _Flint, MI_          Hon. Curtis Ivy, Jr.  United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1.       I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ).  I have been so employed since March 2024.  I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force.  It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously a police officer for the Livonia Police Department for eleven years. There, I investigated numerous criminal cases involving child victims. As part of my employment at FBI, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law.  I have been involved with several investigations regarding child pornography and the exploitation of children through the internet. I have observed and reviewed

1

numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for Trevor Leo Petherbridge for violations of 18 U.S.C. § 2251(a), relating to sexual exploitation of children; 18 U.S.C. § 2252A(a)(2), relating to distribution and receipt of child pornography; and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography.

3.     The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

4.     On October 16, 2025, Witness One, whose identity is known to the FBI, reported to the FBI that her eleven-year-old daughter, minor victim (MV), was the victim of online sexual exploitation. Witness One discovered her daughter was in a Google Chat conversation with the user of a Google Chat account bearing the Google username "silvereyedhawk@gmail.com" and the display name "Some Guy" (the

Target Account). Within the conversation, the user of the Target Account requested child pornography from MV. Witness One subsequently reported the circumstances to law enforcement.  FBI searched MV's device and Google account with Witness One's consent. FBI located the Google Chat conversation between MV and the Target Account. Within the conversation, the user of the Target Account self-identified as being 23 years old and MV was identified as an eleven-year-old. After the identification of age, the user of the Target Account requested an image of MV's genitals in exchange for money. FBI also located two close-up images of female genitals from the search. Based on the timestamps, the Google Chat conversation between the user of the Target Account and MV occurred between October 13, 2025, and October 16, 2025.

5.     FBI conducted a CAFI (child abuse forensic interview) with MV on October 29, 2025. During the interview, MV verified that she participated in the Google Chat conversations with the user of the Target Account.  MV also confirmed she sent two images of child pornography to the unknown male in exchange for $500. MV was shown the two child pornography images identified in the Google Chat conversation and identified they were of her.

6.     The FBI received subscriber information for the Target Account from Google. The billing address for the Target Account was in Grand Blanc, Michigan.

3

The telephone number associated with the account was 810-***-1286. The recovery email for the Target Account was ******petherbridge@gmail.com.

7.     The FBI additionally served a federal search warrant for the Target Account. The search warrant to Google for the Target Account verified the subscriber information. The search warrant additionally attributed a device to the Target Account during the conversation with MV. The device attributed to the Target Account during that time period was a Samsung phone with an IMEI: 356380790778316.

8.     State of Michigan records show that Trevor Leo Petherbridge lives at the address in Grand Blanc. Other public records show that he is associated with the phone number 810-***-1286.

9.     On February 24, 2026, a federal search warrant was issued for Petherbridge's home in Grand Blanc and Trevor Petherbridges's person. On the morning of February 25, 2026, FBI executed the federal search warrant. Trevor Petherbridge was within the residence at the time of execution. Law enforcement found one cellular telephone on Petherbridge's person. An additional cell phone was located in Trevor Petherbridge's bedroom on top of his bed.  A preview of the cell phone seized from Petherbridge revealed the Google Account with the username "silvereyedhawk@gmail.com" and display name "Some Guy." A preview of the cell

4

phone located in Trevor Petherbridge's bedroom on top of his bed, revealed several child pornography files within the image gallery. I reviewed some of the images and identified the child pornography sent by MV to the Target Account. The IMEI of the Samsung matched the device information involved in the Google Chat.  The Google Account username "silvereyedhawk@gmail.com" and display name "Some Guy" was located on this cell phone as well.

10.     I interviewed Trevor Petherbridge. After being advised of his *Miranda* right*s*, Petherbridge provided his telephone number as 810-***-1286. Petherbridge identified one of his email addresses as silvereyedhawk@gmail.com. Petherbridge stated that he lived in the room located within the basement of the Grand Blanc, Michigan residence. Petherbridge was shown screen images of the conversation previously identified between MV and silvereyedhawk@gmail.com. Petherbridge admitted that he was the individual who spoke with MV and admitted to receiving child pornography from MV. Petherbridge explained he paid MV for the produced child pornography with Amazon gift cards. Petherbridge was aware MV was eleven years old. Petherbridge contacted between 20 and 30 females between the age of 11 and 17 through social media requesting pornographic images or videos. Petherbridge received pornographic files from between two and ten of the individuals he requested

them from. The most Petherbridge paid for the produced child pornography was $600.00, which was comprised of two $300.00 Amazon gift cards.

11.    Based on the aforementioned facts, there is probable cause to believe that Trevor Leo Petherbridge committed violations 18 U.S.C. § 2251(a), relating to sexual exploitation of children; 18 U.S.C. § 2252A(a)(2), relating to distribution and receipt of child pornography; and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography.

Justin M. Thompson
Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on this 26th day of February, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

6